DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BRANDON KEITH HARDIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:08-CR-150 LKK |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING STATUS CONFERENCE** |
| v. | ) | **AND EXCLUDING TIME** |
| | ) | |
| BRANDON KEITH HARDIN, | ) | |
| | ) | Date: June 13, 2008 |
| Defendant. | ) | Time: 9:30 a.m. |
| | ) | Judge: Hon. Lawrence K. Karlton |
| _____ | ) | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Brandon Keith Hardin, through their respective attorneys, that the status conference presently scheduled for June 17, 2008, may be continued to June 24, 2008, at 9:30 a.m.

The defense seeks additional time to review discovery and to discuss with government counsel and Mr. Hardin appropriate guidelines calculations. To afford time to complete necessary tasks, the parties agree that time under the Speedy Trial Act may be excluded through June

/////

```
24, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).
```

Respectfully submitted,

DANIEL J. BRODERICK  
Federal Defender

Dated:  June 13, 2008           /s/ T. Zindel  
                                TIMOTHY ZINDEL  
                                Assistant Federal Defender  
                                Attorney for BRANDON HARDIN


                                McGREGOR SCOTT  
                                United States Attorney

Dated:  June 13, 2008           /s/ T. Zindel for M. Rodriguez  
                                MICHELLE RODRIGUEZ  
                                Assistant U.S. Attorney


**O R D E R**

The status conference is continued to June 24, 2008, at 9:30 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: June 16, 2008

LAWRENCE K. KARLTON  
SENIOR JUDGE  
UNITED STATES DISTRICT COURT