DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BRANDON KEITH HARDIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:08-CR-150 LKK |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER AFTER HEARING |
| v. | ) | |
| BRANDON KEITH HARDIN, | ) | Date: June 24, 2008 |
| Defendant. | ) | |

At a proceeding on June 24, 2008, the Court continued for one week (to July 1, 2008, at 9:30 a.m.) the hearing on defendant's change of plea and sentencing, in light of the unavailability of defense counsel, who was ill, and ordered time excluded through July 1, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), to afford continuity of defense counsel.

Dated: June 27, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT