**FILED**
February 9, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Case No. CR-08-00150-LKK |
| Plaintiff,  ) | |
| v.  ) | ORDER FOR RELEASE OF |
| )  | PERSON IN CUSTODY |
| BRANDON HARDIN,  ) | |
| Defendant.  ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  **BRANDON HARDIN** , Case No.  **CR-08-00150-LKK** , Charges **1- Unlawful Use of a Controlled Substance and Charge 2 - Failure to Participate in Drug Testing as Directed** , from custody for the following reasons:

- ✔ Release on Personal Recognizance

- ▢ Bail Posted in the Sum of $___

    - ▢ Unsecured Appearance Bond

    - ▢ Appearance Bond with 10% Deposit

    - ▢ Appearance Bond with Surety

    - ▢ Corporate Surety Bail Bond

- X (Other)     Defendant ordered to report directly to Residential Drug Treatment program.

Issued at  Sacramento, CA  on  February 9, 2010  at  10:07 am .

By  _/s/ Lawrence K. Karlton_
Lawrence K. Karlton
United States District Judge

Original - U.S. Marshal