UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
June 15, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:08-CR-0150 LKK |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| BRANDON KEITH HARDIN, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  BRANDON KEITH HARDIN , Case No. 2:08-CR-0150 , Charge  18:3147 - Offense Committed while on release , from custody:

    __   Release on Personal Recognizance

    ✔   (Other)   Releasee to continue with terms as previously ordered, and with modifications as follows: 7. The defendant shall reside at the Re-Entry, Inc., a clean and sober living environment, located in North Highlands, California, for a minimum of 90 days.  8. The defendant shall participate in a cognitive behavioral treatment program as directed by the probation officer.

Issued at  Sacramento, CA  on  June 15, 2010  at  9:37 am  .

By _____
Lawrence K. Karlton
United States District Judge

Original - U.S. Marshal